Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

FILED

UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

FEB - 8 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Case No. SA22CA0113FB
(to be filled in by the Clerk's Office)

Bert D. Villa

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Topher Villa Sr. And family members
And Crew 5.

Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Jury Trial: (check one)  ☐ Yes  ☐ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: BERT D. Villa
  Address:
  City: SAN Antonio   State: TX   Zip Code: 782
  County: BEXAR
  Telephone Number: 210-848-3447
  E-Mail Address:

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

  Defendant No. 1
  Name: CHRISTOPHER D Villa A.D. And Family MEMBERS
  Job or Title (if known):
  Address:
  City: SAN Antonio   State: TX   Zip Code: 782
  County: BEXAR
  Telephone Number:
  E-Mail Address (if known):

  ☐ Individual capacity   ☐ Official capacity

  Defendant No. 2
  Name:
  Job or Title (if known):
  Address:
  City:   State:   Zip Code:
  County:
  Telephone Number:
  E-Mail Address (if known):

  ☐ Individual capacity   ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____ _____ _____
  *City* *State* *Zip Code*
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name _____
  Job or Title *(if known)* _____
  Address _____
  _____ _____ _____
  *City* *State* *Zip Code*
  County _____
  Telephone Number _____
  E-Mail Address *(if known)* _____

  ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_____

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Christopher Villa Sr. And family members And Crew They Have Stocked me Force me To Loos Jobs Stolen money - Locations paid of Freinds - To Blaime me for Stupid shit with these guns Told Him No But some Accept - Forced me To Relocate places Homes Alleys - Any place- I Had To Lay my Head Even Under a Bridge -!

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? San Antonio Tx Start Date Aproximatly 2 Years From Todays Date 1-16-2022 Back

B. What date and approximate time did the events giving rise to your claim(s) occur?
"   "   "   "   "   "   "   "

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Fact #1 is Money missing Money Lost - People whom Attack me? Missing Items? only I know People whom Can Be Subpoena - Fotos Videos - Messages - etc - "Apps" Medical Reports - phone calls - "Affidavits" "Street Corner Cameras" "Store Cameras" "Recents" Automobiles Taken Pictures etc

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

No Such Thing After what He's done Has Caused Emotional, Internal- Nerve Damage Mental physical ETC.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1-18-2022

Signature of Plaintiff: Bert D.   Pro-SE
Printed Name of Plaintiff: Bert D   Pro-SE

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
City / State / Zip Code: _____
Telephone Number: 210-848-3447
E-mail Address: _____

This is one police Report

This is A Fake # I Retreave the Real #
Look into the 911 Calls Hear the Voice
And Determine the Truth

Badge #1557 Case # 1421541 Fake   Real #

SAPD 2021 1470135

SAPD 2021 1421541

930 3555935 Internal Affairs
Dngt Valle

1-17- or 16 -2022

SAPD 2022 -0054220

(210) 207-7273

Check also the one Call that I made By phone
Not At location - I specific said

Christopher Villa Dr. is the only one
Im going To File 700 Curtis And
His granddaughter. or That Little Bitch

Unsent /

Christopher Villa Sr. and little girl And lady whom is calling the shots sort of speak And ? ? ? ? Crew Have Been Stocking me Forcing me Stealing from me - Making me to lose my Jobs And Knowing that Im sick of Hart problems Hernias that Have Ruptune 3x And Mash And Statis Had A Federal Gov. Recall that cause internal Bleeding Force me To Live in a Alley Behind a Concrete wall also call the cops to make me Leave that wall just to go to the Next yard Now Trying to pay some body To kick Door and kill me or Beat me up He Has Torture me For 2 years Now Even Force me To Commit Suicide By Taking pills And almost crashed into Hwy then Waited Till

He also Fake Raids on drug Houses
He also Mention Name Like the Bitch He is
He loves to Suck Dick
He uses Mental people picks on the Weak Disable people
He's A child molester petifile - Looks into Windows
Gets insurances policy And then Does what there Doing Now
He Has no pity He Don't give a damn about any one but Himself After all I Told

Christopher Villa Sr. Has push Me To the limits - 1-18-2022
He don't give a fuck So I will Be Force To Take All procedure To make sure He get Count per Count All His fucking Crew. I M forced To Defend My Self to the fullest To My Ability

1-18-2022.
Please set up a Emergency pick-up on Christopher Villa Sr.
He is Really out of Hand